# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | 3:13-CR-0190 |
| v. | : | |
| | : | (JUDGE MANNION) |
| JAMES KING, | : | |
| Defendant | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant King's second motion filed pursuant to 28 U.S.C. §2255, **(Doc. 71)**, is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

2. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 20, 2019**
13-0190-05-Order.wpd